IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WM. SUMTER | : | CIVIL ACTION |
| vs. | : | |
| TODD BICKELL, et al. | : | NO. 13-cv-2817 |

**ORDER**

AND NOW, this 21st day of May, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is ordered that:

1. The Report and Recommendation is approved and adopted.

2. The petition for writ of habeas corpus is denied.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.